United States District Court
Southern District of Texas
**ENTERED**
April 21, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

EDILBERTO CASTRO                  §
                                  §
VS                                §     CIVIL ACTION NO. H:25-3773
                                  §
PAM BONDI, *et al*                §

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court in the above referenced proceeding is Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 8) that this case should be dismissed for Plaintiff's failure to effect service upon Defendants. Plaintiff did not respond to the Order of Non-Compliance (Doc. No. 5) or the Order to Show Cause (Doc. No. 6), nor did Plaintiff file objections to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that the Plaintiff has failed to timely serve Defendants. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 8) is **ADOPTED**. This case is **DISMISSED** without prejudice.

SIGNED this _21st_ day of April 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE